AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Russell E. Burns, et al. <br><br> *Plaintiff(s)* <br> v. <br> Four M's Construction and Backhoe, Inc., a California Corporation <br> *Defendant(s)* | ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Four M's Construction and Backhoe, Inc., a California Corporation, et al.
c/o K. David Mayhugh, Agent for Service of Process
1640 Foxwood Drive
Tracy, CA 95376

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Adrian L. Canzoneri, Esq.
Saltzman & Johnson Law Corporation
44 Montgomery Street, Suite 2110
San Francisco, California 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)                SUMMONS IN A CIVIL ACTION



OE3CL

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                                           .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                                      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                                      , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                           , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                                      ; or

☐ I returned the summons unexecuted because                                                                 ; or

☐ Other *(specify)*:

.

My fees are $               for travel and $               for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

---

AO 440 (Rev. 06/12)          **SUMMONS IN A CIVIL ACTION**


Martin Dean's Essential Forms™

OE3CL